FILED
U.S. District Court
Northern District of Iowa
August 13, 2003
By:des
Copies mailed/faxed to counsel of record, pro se parties
and others listed here:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GREGORY DEPAPE, | ) |
| Plaintiff, | ) CASE NO. C01-3043-MWB |
| vs. | ) STATEMENT OF |
| TRINITY HEALTH SYSTEMS, INC., TRIMARK PHYSICIANS GROUP, | ) DESTRUCTION OF EXHIBITS |
| Defendants, | ) |
| BLUMENFELD KAPLAN & SANDWEISS, | ) |
| Third-Party Defendant. | ) |

Pursuant to Local Rule 83.7, all exhibits of the PLAINTIFF, GREGORY DEPAPE, were destroyed by the Clerk of the United States District Court on August 12, 2003, after having given notice of intention to do so to counsel of record on July 15, 2003.

Dated August 12, 2003

JAMES D. HODGES, JR., Clerk
U. S. District Court
Northern District of Iowa

By: _____
Deputy Clerk